UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUL -2 P 1: 17

BY DEPUTY CLERK

JOHN WILLIAMS
(#389508)

VERSUS

O. KENT ANDREWS, ET AL

CIVIL ACTION

NO. 07-7-A

## RULING ON APPLICATION
## FOR WRIT OF HABEAS CORPUS

The court, after carefully considering the petition, the record, the law applicable to this action, the Report and Recommendation (doc. 10) of United States Magistrate Judge Docia L. Dalby dated March 28, 2007. Plaintiff has filed an objection which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, application of petitioner, John Williams, for habeas corpus relief is hereby dismissed, as untimely pursuant to 28 U.S.C. § 2244(d).

Judgment to be entered accordingly.

Baton Rouge, Louisiana, June 29, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA